# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**751**

**KAH 10-01840**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, GREEN, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
ELBERT WELCH, PETITIONER-APPELLANT,

V                                                          ORDER

JAMES HESSEL, ACTING SUPERINTENDENT, GOWANDA
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

---

ALAN BIRNHOLZ, EAST AMHERST, FOR PETITIONER-APPELLANT.

ELBERT WELCH, PETITIONER-APPELLANT PRO SE.

-----------------------------------------------------------------------------------------------------------

Appeal from a judgment (denominated order) of the Supreme Court, Erie County (John L. Michalski, A.J.), entered April 30, 2010. The judgment, insofar as appealed from, denied the petition for a writ of habeas corpus.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court